UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARTIN WALSH, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH PROVIDENCE PRIMARY CARE ASSOCIATES INC., NORTH PROVIDENCE URGENT CARE, INC., CENTER OF NEW ENGLAND PRIMARY CARE, INC., CENTER OF NEW ENGLAND URGENT CARE, INC., Dr. ANTHONY FARINA, JR., AND BRENDA DELSIGNORE,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-00002-JJM-LDA |

**SECRETARY'S UNOPPOSED REQUEST FOR WITHDRAWAL OF MOTION FOR AN ORDER TO SHOW CAUSE**

    The Secretary requests that his Motion For an Order to Show Cause as to Why Defendants Should Not Be Held in Contempt of Court (ECF No. 29) be withdrawn. The Defendants do not have an objection to this request.

    Respectfully submitted,

1

|  |  |
|---|---|
|  | For Plaintiff<br>Secretary of Labor |
|  | Seema Nanda<br>Solicitor of Labor |
|  | Maia S. Fisher<br>Regional Solicitor |
| Post Office Address:<br>U.S. Department of Labor<br>Office of the Solicitor<br>JFK Federal Building, Room E-375<br>Boston, Massachusetts 02203<br>TEL: (617) 565-2500<br>FAX: (617) 565-2142<br>salzberg.susan@dol.gov | Mark Pedulla<br>Wage and Hour Counsel<br><br>*/s/ Susan G. Salzberg*<br>Susan G. Salzberg (MA556437)<br>Senior Trial Attorney<br><br>U.S. Department of Labor<br>Attorneys for Plaintiff |

May 4, 2022

CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing document to Defendants through their attorney, Michael J. Lepizzera, Jr., on the 4th day of May, 2022, by email.

/s/ Susan G. Salzberg
Susan G. Salzberg